# INITIAL CONFERENCE QUESTIONNAIRE

1. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made: **November 13, 2020**

2. If additional interrogatories beyond the 25 permitted under the federal rules are needed, the maximum number of: plaintiff(s) **N/A** and defendant(s) **N/A**

3. Number of depositions by plaintiff(s) of: parties **2** non-parties **2**

4. Number of depositions by defendant(s) of: parties **2** non-parties **2**

5. Date for completion of factual discovery: **March 8, 2021**

6. Number of expert witnesses of plaintiff(s): **1** medical **1** non-medical

    Date for expert report(s): **April 15, 2021**

7. Number of expert witnesses of defendant(s): **1** medical **1** non-medical

    Date for expert report(s): **April 30, 2021**

8. Date for completion of expert discovery: **May 28, 2021**

9. Time for amendment of the pleadings by plaintiff(s) **November 13, 2021** or by defendant(s) **N/A**

10. Number of proposed additional parties to be joined by plaintiff(s) **0** and by defendant(s) **0** and time for completion of joinder: _____

11. Types of contemplated dispositive motions: plaintiff(s): **Possible F.R.C.P. 56**
    defendant(s): **Possible F.R.C.P. 56**

12. Dates for filing contemplated dispositive motions: plaintiff(s): **July 30, 2021**
    defendant(s): **July 30, 2021**

13. Have counsel reached any agreements regarding electronic discovery? If so, please describe at the initial conference.

14. Have counsel reached any agreements regarding disclosure of experts' work papers (including drafts) and communications with experts? If so, please describe at the initial conference.

15. Will the parties *consent to trial before a magistrate judge pursuant to 28 U.S.C. §636(c)? (Answer no if any party declines to consent without indicating which party has declined.) Yes **X** No ____

---

* **The fillable consent form may be found at** http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf **may be filed electronically upon completion prior to the initial conference, or, brought to the initial conference and presented to the Court for processing.**